IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUZANNE STORMENT,

      Plaintiff,

v.                                                                                  No. CV 21-898 SMV/CG

WALGREEN, CO., et al.,

      Defendants.

**ORDER VACATING RULE 16 AND INITIAL SCHEDULING ORDER**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Vacate the Initial Scheduling Order* (the "Motion"), (Doc. 9), filed September 20, 2021. In the Motion, the parties request that the Court vacate the Rule 16 Scheduling Conference currently set for October 21, 2021, pending a ruling by the Court on Defendant Walgreen, Co.'s *Motion to Dismiss Plaintiff's Complaint for Personal Injury, Negligence, and Respondeat Superior* (the "Motion to Dismiss"), (Doc. 3), filed September 14, 2021. (Doc. 9 at 1).

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference, set for October 21, 2021, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 7), and all accompanying deadlines, are **VACATED**. The Court will reset the Rule 16 Scheduling Conference and enter a new Initial Scheduling Order after the Court rules on Defendant's Motion to Dismiss.

**IT IS SO ORDERED**.

                                                                                     _____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE